IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SIGISMUNDO RAMOS-BALCAZAR,

    Petitioner,

vs.                                        CIVIL NO. 12-161 JC/CG
                                                      CRIM. NO. 11-377 JC

UNITED STATES OF AMERICA,

    Respondent,

## ORDER

THIS MATTER having come before the Court upon the government's Motion to Extend the Time in Which to Respond to Petitioner's motion pursuant to 28 U.S.C. § 2255, (Doc. 7), and the Court having reviewed the motion, it finds good grounds to extend the time in which the United States may respond.

IT IS THEREFORE ORDERED that the time in which the United States may file its response to Petitioner's motion pursuant to 28 U.S.C. § 2255 is extended until April 23, 2012.

                                                                    _____
                                                                    THE HONORABLE CARMEN GARZA
                                                                    UNITED STATES MAGISTRATE JUDGE

Submitted by:

Raul Torrez, AUSA